# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDERICKA T. BRADSHAW,<br><br>                         Plaintiff,<br>  vs.<br><br>ASSET ACCEPTANCE, LLC,<br><br>                        Defendant. | CASE NO. 13-CV-0472 W (NLS)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL [DOC. 9]** |

On June 19, 2013, Plaintiff filed a notice of voluntary dismissal. [Doc. 9.] Pursuant to Federal Rule of Civil Procedure 41(a), the Court **GRANTS** Plaintiff's motion and **DISMISSES** the action **WITH PREJUDICE**.

      **IT IS SO ORDERED**.

DATED: June 19, 2013

                                                          Hon. Thomas J. Whelan<br>
                                                          United States District Judge